FILED

AUG 2 1 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr2809-WQ |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| CARLOS DIAZ, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about <u>FEB. 11, 2008</u>, within the Southern District of California, defendant CARLOS DIAZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

FAS:kmm:San Diego
8/5/08

1                          <u>Count 2</u>

2        On or about July 25, 2008, within the Southern District of

3   California, defendant CARLOS DIAZ, being an alien, unlawfully entered

4   or attempted to enter the United States at a time and place other than

5   as designated by immigration officers, and eluded examination and

6   inspection by immigration officers, and attempted to enter or obtained

7   entry to the United States by a willfully false or misleading

8   representation or the willful concealment of a material fact and

9   previously committed the offense of illegal entry, as alleged in Count

10  1; all in violation of Title 8, United States Code, Section 1325, a

11  felony.

12        DATED: _Aug 21, 2008_ .

13                                        KAREN P. HEWITT
                                          United States Attorney
14

15

16                                        FRED A. SHEPPARD
                                          Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28

                                    2